UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EILEEN SMYTH | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:20-CV-47-SDJ |
| | § | |
| AMANDA TRAVIS, ET AL. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 21, 2022, the Report of the Magistrate Judge, (Dkt. #112), was entered containing proposed findings of fact and recommendations that Counter-Plaintiffs Amanda Travis and Gilbert Travis's Motion for Partial Summary Judgment, (Dkt. #81), be denied. Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Counter-Plaintiffs Amanda Travis and Gilbert Travis's Motion for Partial Summary Judgment, (Dkt. #81), is **DENIED.**

**So ORDERED and SIGNED this 18th day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE