UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| EILEEN SMYTH § | |
| § | |
| v. § | CIVIL CASE NO. 4:20-CV-47-SDJ |
| § | |
| AMANDA TRAVIS, ET AL. § | |
| § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 14, 2022, the Report of the Magistrate Judge, (Dkt. #108), was entered containing proposed findings of fact and recommendations that Defendants CitiMortgage, Inc.'s Motion for Summary Judgment, (Dkt. #58), and Cenlar, FSB's Motion for Summary Judgment, (Dkt. #59), be granted. Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendants CitiMortgage, Inc.'s Motion for Summary Judgment, (Dkt. #58), and Cenlar, FSB's Motion for Summary Judgment, (Dkt. #59), are **GRANTED,** and each of Plaintiff Eileen Smyth's claims against CitiMortgage, Inc. and Cenlar FSB are **DISMISSED WITH PREJUDICE**.

- 2 -

It is further **ORDERED** that Defendants CitiMortgage, Inc. and Cenlar FSB's Opposed Motion in Limine, (Dkt. #88), is **DENIED AS MOOT** in light of the dismissal of Plaintiff's claims against CitiMortgage, Inc. and Cenlar FSB.

**So ORDERED and SIGNED this 18th day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE