UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| EILEEN SMYTH | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL CASE NO. 4:20-CV-47-SDJ |
| | § | |
| AMANDA TRAVIS, ET AL. | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 11, 2022, the Report of the Magistrate Judge, (Dkt. #111), was entered containing proposed findings of fact and recommendations that Defendants Amanda Travis and Gilbert Travis's Motion for Summary Judgment, (Dkt. #80), be granted. Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Defendants Amanda Travis and Gilbert Travis's Motion for Summary Judgment, (Dkt. #80) is **GRANTED,** and each of Plaintiff Eileen Smyth's remaining affirmative claims in this cause, specifically those asserted against Amanda Travis and Gilbert Travis are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 18th day of March, 2022.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE